UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 3, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON WAYNE WILLIAMS,<br><br>Defendant. | Case No. 2:13-mj-00382-DAD<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRANDON WAYNE WILLIAMS</u> Case No. <u>2:13-mj-00382-DAD</u> Charge <u>18 USC §111</u> from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $ _____

__X__  Unsecured Appearance Bond $     $25,000.00

\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_  Appearance Bond with Surety

\_\_\_\_  Corporate Surety Bail Bond

__X__  (Other): Pretrial conditions as stated on the record in open court.   To Be Released at 9:00 a.m. on 1/6/2014 to the custody of Pretrial Services to be transported to The Effort.

Issued at Sacramento, California on January 3, 2014 at 2:00 PM

By: _/s/ Dale A. Drozd_

Magistrate Judge Dale A. Drozd