FILED
JUN 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
BRANDON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0018 EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING SURRENDER DATE** |
| BRANDON WILLIAMS, | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Brandon Williams, that the date for Mr. Williams to surrender for service of sentence may be continued from June 24 to July 3, 2014. Mr. Williams shall surrender on that date as previously ordered to the institution designated by the Bureau of Prisons or to the U.S. Marshal at the courthouse, by 2:00 p.m.

This morning the Marshal Service advised defense counsel that "Mr. Williams' designation was hung up in Probation" and the request was not timely forwarded to the Bureau of Prisons. Consequently, the parties agreed to continue his surrender date to afford BOP time to make an appropriate designation.

/ / / / /

Defense counsel has notified Pretrial Services of the proposed new surrender date.

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Dated: June 20, 2014         /s/ T. Zindel
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for BRANDON WILLIAMS


                BENJAMIN WAGNER
                United States Attorney

Dated: June 20, 2014         /s/ T. Zindel for J. Lee
                JUSTIN LEE
                Assistant U.S. Attorney

## ORDER

Defendant shall surrender to the institution designated by Bureau of Prisons or to the United States Marshal no later than 2:00 p.m. on July 3, 2014.

IT IS SO ORDERED.

Dated: June 20, 2014

                HON. EDMUND F. BRENNAN
                United States Magistrate Judge